FILED
CHARLOTTE, NC

MAR 2 5 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS.
3:11mj 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171

IN RE: APPLICATIONS FOR SEIZURE ) ORDER TO SEAL
WARRANTS AND LIS PENDENS )

On the government's motion to seal in the affidavits in the above-captioned files, for the

reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the affidavits in each of these

files until further order of the Court.

Signed this the 25 day of March , 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE